JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA NGO LE, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.  8:22-CV-02122-FWS-JPR <br><br> JUDGMENT OF REMAND |

///

///

///

Having approved the Stipulation to Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g), **IT IS ORDERED** that judgment is entered in accordance with the Order of Remand.

    **IT IS SO ORDERED**.

Dated: November 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE