**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA NGO LE, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY[1], <br> Commissioner of Social Security, <br><br> Defendant | CASE NO. 8:22-CV-02122 FWS-JPR <br><br> ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) [24] |

Having reviewed and considered the Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) [24] ("Stipulation"), including Plaintiff's Affidavit and Assignment of EAJA Fees, the files, records, and proceedings in this matter, the court **GRANTS** the Stipulation and **ORDERS** the following:

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted, therefore, for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff is awarded attorney fees in the total amount of **$7,000.00** as authorized by 28 U.S.C. § 2412.

**IT IS SO ORDERED**.

Dated: February 16, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE